UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>WAYNE ANDERSON,<br><br>Movant. | No. 2:01-cr-0180 LKK DAD P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

Although it appears from the file that movant's copy of the findings and recommendations was returned, movant was properly served. It is the movant's responsibility to keep the court

/////

/////

/////

1

apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 8, 2014, are adopted in full;

2. Movant's motion pursuant to 28 U.S.C. § 2255 is denied;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

4. The Clerk of the Court is directed to close the companion civil case, No. 2:13-cv-1136 LKK DAD P.

DATED: August 6, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] After the findings and recommendations were returned, the court determined from the Federal Bureau of Prisons Inmate Locator that movant was incarcerated at FCI Taft. On July 3, 2014, the findings and recommendations were re-served on movant at the address for inmates at FCI Taft. Fourteen days has passed since that date and movant has not responded in any way to the findings and recommendations.

2